Scott MacReynolds, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Order reversed, with costs, and verdict unanimously reinstated, on authority of *MacReynolds* v. *Coney Island & Brooklyn R. R. Co.* (170 App. Div. 314), decided herewith. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Ernest Mathews, Respondent, v. Frederick C. Trowbridge, Appellant.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

William J. McDonnell, Respondent, v. John R. Whitehead and Others, Defendants, and Holmes Jones, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Nazzarino D'Ambrosia, Appellant. — Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Umberto Maione and Vincenzo Stile, Appellants.— Judgment of conviction affirmed by default. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Anthony Santa Maria, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

Theodore Baker and Others, Appellants, v. Emma H. Griffith and Another, Respondents.— Motion for stay denied, with ten dollars costs, and stay vacated. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Lawrence Bennett, Respondent, v. Edward Ireland, Appellant.— Appeal dismissed, with costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Joseph P. Carney, Plaintiff, v. Penn Realty Company, Defendant.— Motion granted in so far as it relates to the printing of the record upon the original appeal. In all other respects motion denied, without costs Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.